**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:

BENJAMIN & NANCY OJEDA,                    Chapter 13
                                           Case No.: 9:19-bk-06611-FMD
        Debtors.

_____/

### DEBTORS' OBJECTION TO CLAIM NO. 5 OF AQUA FINANCE, INC.

NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING

      Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.

      If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, FL 33602 and serve a copy on the movant's attorney, David W. Fineman, Esq., 1436 Royal Palm Square Blvd., Fort Myers, FL 33919, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

      If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

      COME NOW the Debtors, by and through undersigned counsel and pursuant 11 U.S.C. § 502, Fed R. Bankr. P. 3007, and L.R. 3007-1, and object to Claim 5 filed by AQUA FINANCE, INC. (the "Claim").

1

1. The Claim is improperly filed as a secured claim, but the collateral is an in-ground, concrete pool located at 3330 Banyon Hollow Loop, North Fort Myers, Florida 33903 (the "**Real Property**").

2. As the pool is concrete and in-ground, it cannot be removed with complete destruction and would leave a large hole in the Debtors' Real Property. Thus, it is now a part of the land.

3. There is no mortgage on the debt recorded in the Official Land records of Lee County, Florida, to allow Creditor any remedy against the land as a whole.

4. Further, Real Property is the Debtors' homestead, and the agreement was only signed by Nancy Ojeda. Therefore, under Florida law, as Mrs. Ojeda's spouse, Benjamin Ojeda did not sign the agreement, it cannot serve as a lien on the Debtors' homestead property and, thus, is not a lien against the Real Property.

5. Therefore, the Creditor is unsecured.

**WHEREFORE** the Debtors respectfully request that the Court enter an order sustaining the Objection; disallowing the Claim as a secured claim; and granting such other and further relief as the Court deems appropriate.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 3, 2019, a true and correct copy of the foregoing was served upon **all persons receiving electronic notice via the Court's CM/ECF system in this case**; and by **U.S. first class mail** to Aqua Finance, Inc., c/o Corporation Service Company (Reg. Ag.), 1201 Hays Street, Tallahassee, FL 32301; Aqua Finance, Inc., c/o Quantum3 Group,

LLC, Attn: Kayla Klabunde (POC signer), PO Box 788, Kirkland, WA 98083-0788; Benjamin & Nancy Ojeda, 3330 Banyon Hollow Loop, North Fort Myers, FL 33903.

> THE DELLUTRI LAW GROUP, P.A.
> 1436 Royal Palm Square Blvd.
> Fort Myers, FL 33919
> 239-939-0900
> 239-210-3681 – Dir.
> 239-939-0588 – Fax
> www.DellutriLawGroup.com
>
> ***/s/ David W. Fineman***
> David W. Fineman, Esq.
> FBN: 0040993
> Dfineman@DellutriLawGroup.com

17234.01