ORDERED.

Dated:  January 08, 2020

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:

BENJAMIN & NANCY OJEDA,    Chapter 13
                           Case No.: 9:19-bk-06611-FMD
　　　Debtors.
_____/

**ORDER GRANTING DEBTORS' MOTION TO DETERMINE**
**SECURED STATUS AND VALUE COLLATERAL OF AFS ACCEPTANCE, LLC**
*(Doc. No. 28)*

**THIS MATTER** came on for consideration after the expiration of the negative notice period pursuant to Local Rule 2002-4 concerning the Debtors' Motion to Determine Secured Status and Value Collateral of AFS Acceptance, LLC (the **"Motion"**) *[Doc. No. 28]*. Having considered the Motion which was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 30 days of the date of service, and no party filed a response within the time permitted, the Court considers the Motion unopposed.

Accordingly, it is hereby **ORDERED:**

1.　The Motion is GRANTED.

2.　The value of the collateral, more particularly described as a 2008 BMW 335i, VIN WBAWL735X8PX53312 (the **"Collateral"**), is determined to have been $4,081.52 on the date of

filing this case. AFS Acceptance, LLC's proof of claim, Claim Number 1, shall be deemed amended as follows: (a) AFS Acceptance, LLC shall have an allowed secured claim in the amount of $4,081.52, to be paid at 5.750% of interest on the balance of the secured portion of the Claim until paid, and (b) if the Claim was timely filed, the remaining balance of AFS Acceptance, LLC's Claim shall be allowed as a general unsecured claim, otherwise it shall be disallowed.

      3.      That all pre-confirmation adequate protection payments be applied to the secured portion of the Claim.

      4.      That Creditor applies all payments it receives in accordance with the Plan and/or Order Confirming Plan.

Attorney David W. Fineman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.