**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                          Case No. 2:19-bk-06611-FMD
                                                                                        Chapter 13
Benjamin Ojeda, Jr. and
Nancy Ann Ojeda

                Debtors.
_____/

**TRUSTEE'S OBJECTION TO DEBTORS'**
**AMENDED MOTION TO MODIFY CONFIRMED PLAN**

COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee by and through his undersigned attorney and hereby files his Objection to the Debtors' Amended Motion to Modify Confirmed Plan (Doc. No. 108) and would show unto the Court the following:

1. The Debtors' amended schedules I&J (doc. no.: 106 pg. six of seven, line 17d) indicate the Debtors are paying the Internal Revenue service direct for the 2020 tax liability at $200.00 per month.

2. Further, it appears from Debtors' amended budget, the draft CMI (doc. no.: 106-1, line 45) attached to the amended budget, and the most recent pay advices provided to the Trustee, the Debtors have had a substantial increase in their income post-confirmation. The Debtors should be required to increase their plan payments to cover the additional tax liabilities and to increase the distribution to the timely filed and allowed non-priority general unsecured claims instead of carving out funds promised to other creditors.

3. Finally, the Debtors should adjust their federal income tax withholdings to avoid future post-petition tax claims to the extent possible with their respective employers and should

be required to provide proof of said adjustments to the Trustee the Court along with an amended budget evidencing the same.

Wherefore, the Chapter 13 Trustee respectfully request the Debtors' Amended Motion to Modify Confirmed Plan (Doc. No. 108) be set for a hearing, together with such other and further relief as the Court deems just and proper.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire
Florida Bar No. 722855
Staff Attorney for Chapter 13 Trustee
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone:  (941) 747-4644
Fax:     (941) 750-9266

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Objection to Debtors' Amended Motion to Modify Confirmed Plan was furnished electronically by CM/ECF services and/or by U.S. Mail to **Benjamin Ojeda, Jr. and Nancy Ann Ojeda**, Debtors, 3330 Banyon Hollow Loop, North Ft. Myers, Florida 33903 and to **David W. Fineman, Esq., c/o The Dellutri Law Group, PA**, Attorney for Debtors, 1436 Royal Palm Square Blvd., Ft. Myers, Florida 33919 on this 8th day of October 2021.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire

JMW/MEC/br