# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
### www.flmb.uscourts.gov

In re:  Case No. 2:19-bk-06611-FMD
Chapter 13

Benjamin Ojeda, Jr. and
Nancy Ann Ojeda

        Debtors.
_____/

## TRUSTEE'S OBJECTION TO DEBTORS' RENEWED MOTION TO MODIFY CONFIRMED PLAN

COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee by and through his undersigned attorney and hereby files his Objection to the debtors' Renewed Motion to Modify Confirmed Plan (Doc. no.: 154) and would show unto the Court the following:

1. The debtors' previously filed two separate motions asking for two separate forms of relief including in Doc. no.: 135 and Doc. no.: 146, respectively, a request to keep a bonus of $10,082.27.

2. The debtors' motion to modify confirmed plan (Doc. no.: 135) indicates debtors received a bonus from their employer in January 2022 and indicated they needed the Court's permission to retain said bonus for a number issues outlined in the motion and had received estimates to address those issues.

3. Doc. no.: 146 was titled debtors' Amended Motion to Modify Confirmed Plan, but instead of furthering Debtors' request for the Court to allow them to retain said bonus, Debtors admit to spending the bonus without permission and attempted to lower the plan payments to $100.00 per month going forward.

4. Additionally, debtors have provided proof that the bonus was spent in February – March 2022 well in advance of the request to retain said bonus.

5. The debtors' renewed motion continues to violate the spirit and intent of both the Bankruptcy Code, generally and Chapter 13, more specifically as previously argued by the Trustee's undersigned counsel at the prior hearing.

6. The debtors have renewed their request in this motion (Doc. no.: 154) to lower the confirmed plan payments after this honorable Court denied the amended motion after a hearing and Debtors again pled that they spent the bonus without and seek to cut their payments essentially in half.

7. The debtors' tax return in 2019 shows gross annual income of over $193,000.00. The debtors' 2020 tax return shows gross annual income of $190,000.00. The debtors' 2021 tax return shows gross annual income of over $211,000.00. The debtors' most recently amended budget indicates the debtors make a combined gross annual income of over $230,000.00 per year without even factoring in the additional bonuses debtor receives.

8. Further, even though debtors allege they have physically and martially separated, neither debtor has changed their address and it appears based on the expenses listed the debtors can continue to afford a higher plan payment than the one they propose in their renewed motion while providing zero proof of the higher expenses listed on the newest schedule J.

9. These debtors have thrived in this bankruptcy case and the renewed motion appears to lack good faith pursuant to 11 USC§1325(a)(3).

Wherefore, the Chapter 13 Trustee respectfully request the Debtors' Renewed Motion to Modify Confirmed Plan (Doc. No. 154) be set for a hearing, together with such other and further relief as the Court deems just and proper.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire
Florida Bar No. 722855
Staff Attorney for Chapter 13 Trustee
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone:  (941) 747-4644
Fax:     (941) 750-9266

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Objection to Debtors' Renewed Motion to Modify Confirmed Plan was furnished electronically by CM/ECF services and/or by U.S. Mail to Benjamin Ojeda, Jr. and Nancy Ann Ojeda, Debtors, 3330 Banyon Hollow Loop, North Ft. Myers, Florida 33903 and to David W. Fineman, c/o Dellutri Law Group, PA,, Attorney for Debtors, 1436 Royal Palm Square Blvd., on this 8th day of November 2022.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire

JMW/MEC/br