**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:

BENJAMIN & NANCY OJEDA,  Chapter 13
 Case No.: 2:19-bk-06611-FMD
    Debtors.

_____/

**DEBTORS' MOTION TO MODIFY CONFIRMED PLAN**

> NOTICE OF OPPORTUNITY TO
> OBJECT AND REQUEST FOR HEARING
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, FL 33602 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.  If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.  You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

COME NOW the Debtors, by and through undersigned counsel and pursuant to 11 U.S.C. § 1329, and move this Court to modify the confirmed plan.

    1.    The Debtors filed bankruptcy on July 15, 2019.

    2.    The Plan was confirmed on August 13, 2020.

    3.    The Order Confirming Plan requires Debtors to turn over any tax refunds beginning with tax year 2019.

4. Since the Plan was confirmed, Debtors are separated and they filed separate returns. The Co-Debtor filed the 2023 tax return and received a refund in the amount of $1,756.00. The Co-Debtor needs to replace the refrigerator as it is over 10 years old. The Co-Debtor provided an estimate to replace it in the amount of $1,641.98 and paid $200.00 for tax preparation fees.

5. Request is hereby made to modify the confirmed Plan to request to keep Co-Debtor's 2023 tax refund in the amount of $1,756.00.

**WHEREFORE** the Debtors respectfully request that the Court enter an order granting the Motion; modifying the Plan as requested herein; and granting such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2024, a true and correct copy of the foregoing was served upon **all persons receiving electronic notice via the Court's CM/ECF system in this case**; and by **U.S. first class mail** to all persons listed on the Court's mailing matrix that are not receiving notice by CM/ECF; Benjamin & Nancy Ojeda, 3330 Banyon Hollow Loop, North Fort Myers, FL 33903.

THE DELLUTRI LAW GROUP, P.A.
1436 Royal Palm Square Blvd.
Fort Myers, FL 33919
239-939-0900
239-210-3680 – Dir.
239-939-0588 – Fax
www.DellutriLawGroup.com

*/s/ Carmen Dellutri*
Carmen Dellutri, Esq.
FBN: 0044385
CDellutri@DellutriLawGroup.com

17234.01