ORDERED.

Dated: August 16, 2024

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:                                                                                      Case No. 2:19-bk-06611-FMD
                                                                                            Chapter 13
Benjamin Ojeda, Jr.
Nancy Ann Ojeda

　　　　Debtor(s).
_____/

**ORDER GRANTING IN PART TRUSTEE'S MOTION TO
DISMISS FOR FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN
AND ORDER DENYING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN**

THIS CASE came on for a hearing on August 8, 2024 upon the Trustee's Motion to Dismiss for Failure to Comply with Order Confirming Plan (Doc. No. 189) and the Debtors' Motion to Modify Confirmed Plan (Doc. No. 191). Accordingly, it is

**ORDERED:**

1. The Trustee's Motion to Dismiss for Failure to Comply with Order Confirming Plan (Doc. No. 189) is hereby **GRANTED in part**.

2. The Debtors' Motion to Modify Confirmed Plan (Doc. No. 191) is hereby **DENIED**.

3. The Debtors shall turnover their 2023 tax refund to the Chapter 13 Trustee within fourteen (14) days from the date of this order.

      4.       In the event the Debtors fail to timely turnover their 2023 tax refund as mentioned above, the Trustee may without further notice to the Debtor, submit an Order dismissing the above styled Chapter 13 Case.

Trustee, Jon M. Waage, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

JMW/MEC/ss                                                     C13T 08/15/24